THE LINDEN LAW GROUP, P.C.
5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 835-1532
Attorneys for all Defendants

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
———————————————————————X

CARMEN YANES, individually on behalf of herself and all other persons similarly situated,

    Plaintiff,

vs.

JUAN & JON INC. d/b/a JUAN AND JON, and JUAN CARLOS DE LOS SANTOS,

    Defendants.
———————————————————————X

Civ. Action No: 19-cv-00201 (JS)(ARL)

**DECLARATION TO WITHDRAW AS COUNSEL**

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Jeffrey Benjamin, under penalty of perjury, declares as follows:

1) I am a partner with the law firm of The Linden Law Group, P.C., counsel for all Defendants in this action.

2) I respectfully submit this Declaration in support of my motion to withdraw as counsel of record for all Defendants.

3) At this time, my firm and I require termination of our client's representation. The withdrawal request is based on irreconcilable differences and business reasons. Without divulging client confidences with their counsel, there has been a chronic lack of communication and cooperation with the undersigned counsel after multiple efforts over months.

4) This case is on for trial on October 3, 2022.

5) Under these circumstances, Defendants have made it impossible to properly defend them in this case, namely trial.

6) As such, defense counsel respectfully requests that I and my firm be relieved as counsel for all Defendants, and that the Court allow Defendants thirty (30) days or more to find new counsel or proceed *pro se*.

Dated: September 21, 2022　　　　　　　THE LINDEN LAW GROUP, P.C.
New York, New York

*Jeffrey Benjamin*
By:　Jeffrey Benjamin, Esq.
Attorneys for All Defendants
5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 835-1532