**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARMEN YANES, individually and on behalf
of all other persons similarly situated,

        Plaintiff,

  - against -

JUAN & JON, INC., doing business as JUAN
And JON; and JUAN CARLOS DE LOS SANTOS,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 19-201 (JS) (LGD)

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge,

having been filed on March 11, 2024, granting in part and denying in part Plaintiff's motion for

summary judgment; and a Memorandum and Order of Honorable Joanna Seybert, United States

District Judge, having been filed on April 16, 2024, directing the Clerk of Court to enter judgment

in favor of Plaintiff in the sum of $171,286.33, and directing the Clerk of Court to mark this case

closed, it is

   **ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is granted

in part and denied in part; that Plaintiff Carmen Yanes is awarded a judgment as against

Defendants Juan & Jon, Inc., and Juan Carlos De Los Santos in the amount of $171,286.33; and

that this case is closed.


Dated: April 16, 2024
   Central Islip, New York


          BRENNA B. MAHONEY
          CLERK OF COURT

        BY: /S/ JAMES J. TORITTO
          DEPUTY CLERK